UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| --- | --- | --- |
| VERSUS | * | NO. 01-350 |
| HAROLD SULLIVAN | * | SECTION: "N" |

### ORDER AND REASONS

Presently before the Court is a Motion to Correct Sentence Under 28 U.S.C. § 2255 pursuant to *Johnson v. United States*, 135 S. Ct. 2551 (2015) (Rec. Doc. 66), as well as a supplemental memorandum in support of the motion in light of *Beckles v. United States*, 137 S. Ct. 886 (2017), filed by Harold Sullivan (Rec. Doc. 75). The Government opposes the motion (Rec. Doc. 81). Sullivan filed a reply memorandum following the Government's response (Rec. Doc. 84).

Having carefully considered the parties' submissions and applicable law, **IT IS ORDERED** that Sullivan's motion is **DENIED** for essentially the reasons set forth in the Government's comprehensive and well-reasoned opposition memorandum (Rec. Doc. 81). The Court recognizes that the Supreme Court's holding in *Beckles*--that the *advisory* Guidelines are not subject to vagueness challenges--did not determine *Johnson's* applicability to the mandatory Guidelines. Because this issue has not yet been addressed by the Supreme Court, there is no right "newly recognized by the Supreme Court" as required under § 2255(f)(3).

New Orleans, Louisiana, this 18th day of May 2018.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**